**Jimmy Dean JONES, Petitioner–**
**Appellant,**

v.

**Michael McCALL, Warden Perry**
**Correctional Institution,**
**Respondent–Appellee.**

**No. 10–7474.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 1, 2011.

Jimmy D. Jones, Appellant Pro Se. Donald John Zelenka, Deputy Assistant Attorney General, Alphonso Simon, Jr., Assistant Attorney General, Columbia, South Carolina, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Dean Jones seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. McCall,* No. 1:09–cv–00951–TLW, 2010 WL 3782069 (D.S.C. Sept. 21, 2010). We deny Jones' motions to appoint counsel and to supplement the motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*